# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LORRETTA PARRISH,**

      **Plaintiff,**

**-vs-**                                 Case No. 6:06-cv-34-Orl-31KRS

**GUARANTY NATIONAL INSURANCE COMPANY, COLONIAL INSURANCE AGENCY, INC. and UNITED AMERICAN BANK OF CENTRAL FLORIDA,**

      **Defendants.**

_____

## ORDER

The Motion to Abate, filed twice at Docs. 21 and 22, purports to have a memorandum in support thereof at Doc. 21. Doc. 21 is actually a certificate of service. Moreover, the Motion does not contain a certificate as required by Local Rule 3.01(g). It is therefore,

**ORDERED** that the Motion to Abate is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 9, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party