**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LORETTA PARRISH,**

                **Plaintiff,**

**-vs-**                                                             **Case No.  6:06-cv-34-Orl-31KRS**

**GUARANTY NATIONAL INSURANCE COMPANY,**

                **Defendant.**
_____
**GUARANTY NATIONAL INSURANCE COMPANY,**
                **Third Party Plaintiff,**
**vs.**

**OVERBY-SEAWELL COMPANY,**

                **Third Party Defendant.**
_____
**OVERBY-SEAWELL COMPANY,**
                **Fourth Party Plaintiff**
**vs.**
**UNITED AMERICAN BANK OF CENTRAL FLORIDA and COLONIAL INSURANCE AGENCY, INC.,**
                **Fourth Party Defendants**
_____

# ORDER

Fourth Party Defendant, Colonial Insurance Agency, Inc. ("Colonial Insurance") has filed a Motion for Summary Judgment (Doc. 76) as to the Fourth Party Complaint filed against it by Overby-Seawell Company ("Overby-Seawell").  Overby-Seawell filed an opposition memorandum at Doc. 81.

By its Fourth Party Complaint, Overby-Seawell seeks contribution or indemnity from Colonial Insurance with respect to a forced-placed policy of hazard insurance issued by Guaranty National Insurance Company ("Guaranty").  This aspect of the dispute involves the relationship between Colonial Bank N.A. ("Colonial Bank") who caused the coverage to be placed, and its insurance agent, Colonial Insurance, and Overby-Seawell, the general agent for Guaranty.  These relationships and the acts and duties of each are the subject of disputed issues of material fact.  Accordingly, summary judgment is not appropriate.  It is, therefore

**ORDERED** that the Motion for Summary Judgment (Doc. 76) is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 2, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party